# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STEPHANIE MOORE**                                                                  **PLAINTIFF**

**VS.**                                **4:15-CV-00625-JM**

**OLD NAVY**                                                                      **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 1st day of February, 2016.

_____
James M. Moody Jr.
United States District Judge